Pro Se 1 2022

*[Handwritten annotation at top:]* SEATTLE POLICE ROBBERY VIA KATHLEEN O'TOOLE & ANN DAVISON IN CONNECTION TO RICHARD COLLIDIS WE HAVE THAT KATHLEEN OTOOLE & SPD SEATTLE POLICE DEPARTMENT HAD TO STEAL FROM CORTEZ DAUNDRE JONES WITH ANDREW R JASSY & JEFFREY PRESTON JORGENSEN AFTER MACKENZIE SCOTT TUTTLE FAMILY WORKED PLANS WITH NICK HERRICK & KATHLEEN OTOOLE KKK CONNECTIONS TO CHILD ABDUCTION & PROSTITUTION.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

CORTEZ DAUNDRE JONES,

    Plaintiff(s),

v.

SEATTLE POLICE DEPARTMENT,

    Defendant(s).

CASE NO. 2:23-CV-01423JLR
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

FILED ___ LODGED ___ ENTERED ___ RECEIVED

SEP 12 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

    Name: CORTEZ DAUNDRE JONES
    Street Address:
    City and County: SEATTLE    KING COUNTY
    State and Zip Code: WA    98101
    Telephone Number: NONE

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2022

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: SEATTLE POLICE DEPARTMENT
- Job or Title (if known):
- Street Address:
- City and County: SEATTLE WA
- State and Zip Code:
- Telephone Number:

Defendant No. 2
- Name: KATHLEEN O'TOOLE
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 3
- Name: LISA OTOOLE
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2022

1  Defendant No. 4
2      Name                          SARA NELSON
3      Job or Title (if known)       SEATTLE CITY HALL
       Street Address
4      City and County
5      State and Zip Code
       Telephone Number
6

7
8                    **II.    BASIS FOR JURISDICTION**

9   Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10  types of cases can be heard in federal court: cases involving a federal question and cases
11  involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12  the United States Constitution or federal laws or treaties is a federal question case. Under 28
13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14  the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16  What is the basis for federal court jurisdiction? (*select all that apply*)

17  [X] Federal question:                [X] Diversity of citizenship:
        If checked complete section A.       If checked complete section B.

18  Fill out the paragraphs in this section that apply to this case.

19  A.  If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21  Constitution that are at issue in this case. *Attach additional pages if needed.*

22  - 4TD: RACKETEERING  - ROBBERY CONNECTED
23  TO GUNS, DRUGS & CHILD ABDUCTION W/
24                                              MEXICO

COMPLAINT FOR A CIVIL CASE - 3

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (name) __CORTEZ DAUNDRE JONES__, is a citizen of the State of (name) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b.  If the defendant is a corporation.

The defendant, (name) __SEATTLE POLICE DEPARTMENT__, is incorporated under the laws of the State of (name) __WASHINGTON__, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

470 - $75,000,000,000,000,000.00

SEVENTY FIVE TRILLION DOLLARS ON THE ROBBERY

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

OTOOLE FAMILY HAD BEEN SPOTTED STOPPING CORTEZ JONES FROM CONTACTING 911 B MEETING UP WITH Kids MEMBERS

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

SEATTLE POLICE ROBBERY BUSTED WOULD BE JUSTICE

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/12/23

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: CORTEZ DAUNDRE JONES

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6